UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMED MOUSA,

          Plaintiff,

   v.

ROBERT LUNA, et al.,

          Defendants.

Case No.  26-cv-05196-VC

**ORDER OF TRANSFER**

      Mohamed Mousa, a detainee in county jail in Los Angeles proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 regarding conditions at the jail.

      When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

      The acts complained of in Mousa's complaint occurred in Los Angeles County, which is located in the Central District of California. Defendants are also located in Los Angeles County. Venue, therefore, lies properly in the Central District of California. *See* 28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States District Court for the Central District of California. The Clerk of the Court shall terminate all motions and transfer the case forthwith.

      **IT IS SO ORDERED.**

Dated: June 5, 2026

_____

VINCE CHHABRIA
United States District Judge